# Court of Appeals
# of the State of Georgia

ATLANTA,  January 05, 2024

*The Court of Appeals hereby passes the following order:*

## A24A0654. TERRELL MARK NELSON, AS EXECUTOR OF THE ESTATE OF JIM MINTER NELSON, JR., DECEASED v. ANNE F. NELSON.

After the decedent's will was admitted to probate, Terrell Mark Nelson, as Executor of the Estate of Jim Minter Nelson, Jr., deceased, filed a motion for attorney fees under OCGA § 9-15-14. The probate court denied Terrell Nelson's motion, and he filed a direct appeal to superior court. The superior court transferred the case here. Anne F. Nelson has filed a motion to dismiss. We lack jurisdiction.

Appeals of attorney fees awards under OCGA § 9-15-14 must be taken by application for discretionary review. OCGA § 5-6-35 (a) (10); *Capricorn Systems v. Godavarthy*, 253 Ga. App. 840, 841-842 (560 SE2d 730) (2002). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Thus, Terrell Nelson's failure to follow the discretionary appeals procedure deprives us of jurisdiction over this appeal. Accordingly, Anne Nelson's motion to dismiss is GRANTED and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  01/05/2024*
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*